FENNEMORE CRAIG JONES VARGAS
Christopher Byrd (NV Bar No. 1633)
Anthony R. Ager (NV Bar No. 7969)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada  89101
Telephone:  (702) 692-8000
Facsimile:  (702) 692-8099
aager@fclaw.com

*Attorneys for Robert Freeman, as Trustee of the
Freeman Family Trust, Robert Ruyman and Frank Reed*

E-Filed January 17, 2014

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ROBERT F. DRESSER<br><br>MARYBETH DRESSER<br><br>Debtor(s). | Case No.: BK-14-10150-ABL<br><br>**Chapter 7**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

TO:  THE CLERK OF THE BANKRUPTCY COURT, and

TO:  THE DEBTOR AND ALL INTERESTED PARTIES:

Christopher Byrd, Esq. and Anthony R. Ager, Esq., of the law firm of FENNEMORE CRAIG JONES VARGAS, counsel for Robert Freeman, as Trustee of the Freeman Family Trust, Robert Ruyman and Frank Reed (collectively, the "Freeman Party"), enters their appearance on the record in the above-captioned chapter 7 bankruptcy proceeding pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule"), and pursuant to Bankruptcy Rules 2002 and 3017(a) requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, or other parties-in-interest, including copies of all plans of

reorganization and disclosure statements. All notices and copies in response to the foregoing, and pursuant to Bankruptcy Rule 2002, all notices required to be mailed pursuant to Bankruptcy Rule 2002, should be directed to:

> FENNEMORE CRAIG JONES VARGAS
> Christopher Byrd (NV Bar No. 1633)
> Anthony R. Ager (NV Bar No. 7969)
> 300 South Fourth Street, Suite 1400
> Las Vegas, Nevada 89101
> Telephone: (702) 692-8000
> Facsimile: (702) 692-8099
> aager@fclaw.com
> aharris@fclaw.com

Neither this paper nor any subsequent appearance, pleadings, claim, proof of claim, documents, suit, motion, nor any other writing or conduct, shall (1) expressly or impliedly designate the undersigned as agent for service of process on the Freeman Party; or (2) constitute a waiver of any of the following rights of the Freeman Party:

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by the United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, set-offs, recoupment, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved without exception and with

1  no purpose of confessing or conceding jurisdiction in any way by this filing or by any other
2  participation in the above-captioned case and ancillary proceedings.
3      DATED this 17th day of January, 2014.

FENNEMORE CRAIG JONES VARGAS

 /s/ Anthony R. Ager
Christopher Byrd (NV Bar No. 1633)
Anthony R. Ager (NV Bar No. 7969)
300 South Fourth Street, #1400
Las Vegas, Nevada  89101

*Attorneys for for Robert Freeman, as Trustee of the Freeman Family Trust, Robert Ruyman and Frank Reed*