RECEIVED
AND FILED

2015 FEB 24   AM 10 14

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

RECEIVED
AND FILED

2015 FEB 24   AM 10 18

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | ) Case No.BK-S-14-10150 ABL |
| | ) |
| Dresser, Robert F. | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| Dresser, Marybeth | ) |
| Debtor(s) | ) NOTICE OF UNCLAIMED FUNDS |
| | ) |

TO:        Clerk, United States Bankruptcy Court

FROM:     William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 8 | Robert Freeman Fmaily Trust c/o Christopher Byrd 300S fourth St #1400 Las Vegas Nv 89101 | | $   2,646.29 |

| | | | |
|---|---|---|---|
| Sub -Totals | | $       0.00 | $   2,646.29 |
| Total check | | | $   2,646.29 |

Date: 2/3/15

_____
Trustee William A. Leonard, Jr.

Receipt # 221079        $2,646.29