Christopher H. Byrd, Esq.
Nevada Bar #1633
FENNEMORE CRAIG, P.C.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fclaw.com

*Attorneys for Creditors Frank Reed,
Robert Freeman and Robert Ruyman*

E-filed February 26, 2015

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

Dresser, Robert F.
Dresser, Marybeth

Debtor(s).

Case No.:   BK-S-14-10150 ABL

Chapter 7

**NOTICE OF CHANGE OF ATTORNEY**

TO:  CLERK, UNITED STATES BANKRUPTCY COURT; and

TO:  ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that the attorney of record in this matter for Creditors FRANK REED, ROBERT FREEMAN AND ROBERT RUYMAN is CHRISTOPHER H. BYRD, Nevada Bar No. 1633, of the law firm of FENNEMORE CRAIG, P.C..  Please remove ANTHONY AGER as a named attorney of record for said Creditors.

   DATED this 26th day of February, 2015.

**FENNEMORE CRAIG JONES VARGAS**

By: */s/Christopher H. Byrd, Esq.*
   Christopher H. Byrd, Esq. (No. 1633)
   300 South Fourth Street, Suite 1400
   Las Vegas, Nevada 89101

*Attorneys for Creditors Frank Reed,
Robert Freeman and Robert Ruyman*

FENNEMORE CRAIG, P.C.
LAS VEGAS

TDAY/10110319.1/018628.0001

## CERTIFICATE OF SERVICE

1. On February 26, 2015, I served the following documents:

**NOTICE OF CHANGE OF ATTORNEY**

2. I served the above-named document(s) by the following means to the persons as listed below:

[X]  a.  **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

LUCIEN A. CRAVENS, JR. on behalf of Debtor ROBERT F. DRESSER
lcravens@lvclo.com , lucien_taro@yahoo.com

LUCIEN A. CRAVENS, JR. on behalf of Joint Debtor MARYBETH DRESSER
lcravens@lvclo.com , lucien_taro@yahoo.com

WILLIAM A. LEONARD
biff7tte@mindspring.com , ca46@ecfcbis.com

SHERRY A. MOORE on behalf of Creditor BANK OF NEW YORK MELLON, FKA BANK OF NEW YORK, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST
BKNOTICE@MCCARTHYHOLTHUS.COM ,
NVBKCOURT@MCCARTHYHOLTHUS.COM

SHERRY A. MOORE on behalf of Creditor M&T BANK, ITS ASSIGNEES AND/OR SUCCESSORS
BKNOTICE@MCCARTHYHOLTHUS.COM ,
NVBKCOURT@MCCARTHYHOLTHUS.COM

SHERRY A. MOORE on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.
BKNOTICE@MCCARTHYHOLTHUS.COM ,
NVBKCOURT@MCCARTHYHOLTHUS.COM

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

[X]  b.  **United States mail, postage fully prepaid** (list persons and addresses):

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1605

[ ]  c.  **Personal Service** (List persons and addresses):

[ ]  For a party represented by an attorney, delivery was made by

    handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

[ ]  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ] d. **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] e. **By fax transmission** (list persons and fax numbers):

    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ] f. **By messenger**:

    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 26th day of February, 2015.

      /s/   Trista Day
      An Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG
JONES VARGAS
LAS VEGAS

TDAY/10110319.1/018628.0001

- 3 -